1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C11-02902LHK(PR)

11   DANNY F. ATTERBURY,                    )   No. ~~C 11-1438 LHK (PR~~)
                                            )
12        Plaintiff,                        )   ORDER GRANTING
                                            )   DEFENDANT DR.
13    v.                                    )   ANDERSON'S MOTION FOR
                                            )   EXTENSION OF TIME
14   DRS. PAUL ANDERSON and LELAND          )
     RAYMOND,                               )
15                                          )   (Docket No. 9)
          Defendants.                       )
16   _____  )

17

18        Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42

19   U.S.C. § 1983 against Drs. Paul Anderson and Leland Raymond.  Pending before the Court is

20   Defendant Dr. Anderson's ex parte motion for an extension of time to file his dispositive motion.

21   Dr. Anderson's motion is granted.  His dispositive motion is due no later than **February 17,**

22   **2012**.  Plaintiff's opposition is due no later than **thirty days** thereafter.  Dr. Anderson must file

23   his reply within **fifteen days** of the filing date of Plaintiff's opposition.

          IT IS SO ORDERED.

24   DATED:  12/20/11                        _Lucy H. Koh_____

25                                           LUCY H. KOH
                                             United States District Judge
26

27

28

Order Granting Defendant's Motion for Extension of Time
P:\pro-se\sj.lhk\cr.11\Atterbury438eot