IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>    Plaintiff,<br><br> v.<br><br>DRS. PAUL ANDERSON and LELAND RAYMOND,<br><br>    Defendants. | No. C11-02902LHK(PR)<br><br>ORDER GRANTING DEFENDANT DR. ANDERSON'S MOTION FOR EXTENSION OF TIME<br><br>(Docket No. 9) |

    Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 against Drs. Paul Anderson and Leland Raymond. Pending before the Court is Defendant Dr. Anderson's ex parte motion for an extension of time to file his dispositive motion. Dr. Anderson's motion is granted. His dispositive motion is due no later than **February 17, 2012**. Plaintiff's opposition is due no later than **thirty days** thereafter. Dr. Anderson must file his reply within **fifteen days** of the filing date of Plaintiff's opposition.

    IT IS SO ORDERED.

DATED: 12/20/11

                                            LUCY H. KOH<br>                                            United States District Judge