IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>  Plaintiff,<br><br>vs.<br><br>DR. PAUL ANDERSON, et al.,<br><br>  Defendants. | No. 5:11-cv-02902-LHK<br><br>**ORDER GRANTING DEFENDANT DR. RAYMOND'S MOTION TO ENLARGE TIME FOR FILING MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. __) |

Plaintiff, proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 against Drs. Paul Anderson an Leland Raymond. Pending before the Court is Defendant Dr. Raymond's ex parte motion to enlarge time to file his dispositive motion. Dr. Raymond's motion is granted. His dispositive motion is due no later than **March 28, 2012**. Plaintiff's oppositions is due no later than **thirty days** thereafter. Dr. Raymond must file his reply within **fifteen days** of the filing date of Plaintiff's opposition.

IT IS SO ORDERED.

DATED: 1/18/12

LUCY H. KOH
United States District Judge