Leeanne Y. Patterson, Esq. (#166570)
Trina D. Williams, Esq. (#219037)
ROGASKI, PREOVOLOS, WEBER &
  PATTERSON, LLP
455 Devlin Road, Suite 100
Napa, California 94548
Telephone:    (707) 252-1555
Facsimile:    (707) 603-4405
lpatterson@rpwplaw.com
twilliams@rpwplaw.com


Attorneys for Defendant
LELAND RAYMOND, M.D.

## UNITED STATED DISTRICT COURT  – NORTHERN DISTRICT OF CALIFORNIA

DANNY F. ATTERBURY,

    Plaintiff,

vs.

DR. PAUL ANDERSON, et al.,

    Defendants.

No. 5:11-cv-02902-LHK

**STIPULATION OF DISMISSAL OF
DEFENDANT LELAND RAYMOND, M.D.
AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated

counsel, that the above-captioned action be and hereby is dismissed, with prejudice, as against Defendant,

LELAND RAYMOND, M.D., pursuant to Federal Rule of Civil Procedure 41(a)(1). *This brings up unpleasant memories & I'll never get my gallbladder back* [handwritten]

Dated: February 10, 2012.     By _____
                            DANNY F. ATTERBURY, Plaintiff *in propria persona*

Dated: February 17, 2012.     ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

                            By _____
                            Leeanne Y. Patterson
                            Attorneys for Defendant
                            LELAND RAYMOND, M.D.

/////

/////

1 | Leeanne Y. Patterson, Esq. (#166570)
Trina D. Williams, Esq. (#219037)
2 | ROGASKI, PREOVOLOS, WEBER &
PATTERSON, LLP
3 | 455 Devlin Road, Suite 100
Napa, California 94548
4 | Telephone:    (707) 252-1555
Facsimile:    (707) 603-4405
5 | lpatterson@rpwplaw.com
twilliams@rpwplaw.com
6 |

7 | Attorneys for Defendant
LELAND RAYMOND, M.D.
8 |

9 |           UNITED STATED DISTRICT COURT  – NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | DANNY F. ATTERBURY,                          No. 5:11-cv-02902-LHK

12 |           Plaintiff,                         STIPULATION OF DISMISSAL OF
                                                 DEFENDANT LELAND RAYMOND, M.D.
13 | vs.                                         AND [PROPOSED] ORDER

14 | DR. PAUL ANDERSON, et al.,

15 |           Defendants.

16 |

17 |           IT IS HEREBY STIPULATED by and between the parties to this action, through their designated

18 | counsel, that the above-captioned action be and hereby is dismissed, with prejudice, as against Defendant,

19 | LELAND RAYMOND, M.D., pursuant to Federal Rule of Civil Procedure 41(a)(1). *This brings*
*up unpleasant memories & I'll never get my gallbladder*
20 |                                              *back.*

21 | Dated: February _10_, 2012.         By _____
                                             DANNY F. ATTERBURY, Plaintiff *in propria persona*
22 |

23 | Dated: February _____, 2012.         ROGASKI, PREOVOLOS, WEBER & PATTERSON, LLP

24 |

25 |                                      By _____
                                          Leeanne Y. Patterson
26 |                                       Attorneys for Defendant
                                          LELAND RAYMOND, M.D.

27 | /////

28 | /////

1  Dated: February _9_, 2012.        OFFICE OF THE ATTORNEY GENERAL

2                                     By _____

3                                        Kamala D. Harris, Attorney General
                                         Susan M. Carson, Supervising Deputy Attorney General
4                                        Jennifer C. Addams, Deputy Attorney General
                                         ATTORNEYS FOR DEFENDANT
5                                        PAUL ANDERSON, M.D.

6

7                                      **ORDER**

8          GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant, LELAND

9   RAYMOND, M.D., is dismissed with prejudice.

10

11  Dated: _2/27/12_____.

12                                     _____

13                                     Hon. Lucy H. Koh
                                       Judge of the United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL OF DEFENDANT LELAND RAYMOND, M.D.
AND [~~PROPOSED~~] ORDER**