1 | KAMALA D. HARRIS
Attorney General of California
2 | SUSAN M. CARSON
Supervising Deputy Attorney General
3 | JENNIFER C. ADDAMS
Deputy Attorney General
4 | State Bar No. 209355
 455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA 94102-7004
 Telephone: (415) 703-5382
6 | Fax: (415) 703-5480
 E-mail: Jennifer.Addams@doj.ca.gov
7 | *Attorneys for Defendant Paul Anderson, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>Plaintiff,<br><br>v.<br><br>DR. PAUL ANDERSON and DR. LELAND RAYMOND,<br><br>Defendants. | C 11-2902 LHK (PR)<br><br>[PROPOSED] ORDER GRANTING PAUL ANDERSON, M.D.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date: None by Order of the Court<br>Judge: The Honorable Lucy H. Koh<br>Courtroom: 4<br><br>Action Filed: June 8, 2011 |

Defendant Paul Anderson, M.D. filed an administrative motion to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

 1. Defendant Paul Anderson, M.D.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

 2. Declaration of Paul Anderson, M.D. in Support of Defendant Paul Anderson, M.D.'s Motion for Summary Judgment and documents attached thereto;

 3. Declaration of Jennifer C. Addams in Support of Defendant Paul Anderson, M.D.'s Motion for Summary Judgment.

1

1  The Court finds that each of the above-listed documents contains information relating
2  to plaintiff's treatment at Napa State Hospital, and that such information cannot reasonably be
3  redacted from any of the above-listed documents. The Court concludes that such information is
4  plaintiff's confidential and protected information; that Defendant Paul Anderson, M.D. may
5  disclose such information to the Court, to plaintiff, and to defendant Leland Raymond, M.D. for
6  the purposes of defending themselves against plaintiff's allegations in this action; and that
7  plaintiff's privacy interest in such information outweighs any interest in allowing the disclosure
8  of such information to the general public. See 45 C.F.R. §§ 160.101 et seq. & 164.102 et seq.;
9  Cal. Welf. & Inst. Code § 5328. Accordingly, the Court hereby orders that the above-listed
10 documents shall be sealed pursuant to Civil Local Rule 79-5.

11 IT IS SO ORDERED.

15 Dated: 4/9/12

*Lucy H. Koh*

The Honorable Lucy H. Koh

SF2011203817