1  KAMALA D. HARRIS
   Attorney General of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS
   Deputy Attorney General
4  State Bar No. 209355
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
   Telephone:  (415) 703-5382
6  Fax:  (415) 703-5480
   E-mail:  Jennifer.Addams@doj.ca.gov
7  *Attorneys for Defendant Paul Anderson, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DANNY F. ATTERBURY,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**DR. PAUL ANDERSON and DR. LELAND RAYMOND,**<br><br>                                    Defendants. | C 11-2902 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING PAUL ANDERSON, M.D.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:       None by Order of the Court<br>Judge      The Honorable Lucy H. Koh<br>Courtroom: 4<br><br>Action Filed:  June 8, 2011 |

     Defendant Paul Anderson, M.D. filed an administrative motion to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

     1.    Defendant Paul Anderson, M.D.'s Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

     2.    Declaration of Paul Anderson, M.D. in Support of Defendant Paul Anderson, M.D.'s Motion for Summary Judgment and documents attached thereto;

     3.    Declaration of Jennifer C. Addams in Support of Defendant Paul Anderson, M.D.'s Motion for Summary Judgment.

1

The Court finds that each of the above-listed documents contains information relating to plaintiff's treatment at Napa State Hospital, and that such information cannot reasonably be redacted from any of the above-listed documents. The Court concludes that such information is plaintiff's confidential and protected information; that Defendant Paul Anderson, M.D. may disclose such information to the Court, to plaintiff, and to defendant Leland Raymond, M.D. for the purposes of defending themselves against plaintiff's allegations in this action; and that plaintiff's privacy interest in such information outweighs any interest in allowing the disclosure of such information to the general public. See 45 C.F.R. §§ 160.101 et seq. & 164.102 et seq.; Cal. Welf. & Inst. Code § 5328. Accordingly, the Court hereby orders that the above-listed documents shall be sealed pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: 4/9/12

*Lucy H. Koh*

The Honorable Lucy H. Koh

SF2011203817